# ELZUFON AUSTIN & MONDELL, P.A.
### ATTORNEYS & COUNSELORS AT LAW
### WWW.ELZUFON.COM

| | | |
|---|---|---|
| JOHN A. ELZUFON | ANDREW J. CARMINE | 300 DELAWARE AVENUE, SUITE 1700 |
| JEFFREY M. AUSTIN | GARY W. ALDERSON | P.O. BOX 1630 |
| SCOTT R. MONDELL | NATHAN V. GIN | WILMINGTON, DE 19899-1630 |
| H. GARRETT BAKER | LOREN R. BARRON | PHONE: 302.428.3181 |
| SCOTT A. SIMPSON | ELISSA A. GREENBERG | FACSIMILE: 302.428.3180 |
| CHRISTIAN G. MCGARRY | PETER C. MCGIVNEY | WRITER'S EMAIL: GALDERSON@ELZUFON.COM |

October 8, 2018

**VIA E-FILE and**
**HAND DELIVERY**
The Honorable Colm F. Connolly
U.S. District Court for the
  District of Delaware
844 North King Street, Room 4209, Unit 18
Wilmington, DE   19801

      RE:  **Gerald I. Smith, Jr. v. Sean M. Lynn, The Law Offices of Sean M Lynn, P.A.**
           **C.A. No.: 1:18-cv-01415-CFC**

Dear Judge Connolly:

    Enclosed please find a courtesy copy of Defendants Motion to Dismiss, Defendants' Opening Brief in Support of Motion to Dismiss and Appendix to Defendants' Opening Brief in Support of Motion to Dismiss filed October 5, 2018.

                             Respectfully yours,

                             GARY W. ALDERSON – I.D. 3895

GWA/bgb
Enclosure

G:\Docs\CLIENT\89\30373\LET\01301007.DOCX